IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NING BO FREE TRADE ZONE JIAYU CHUNHUA VENTURE INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),

Plaintiff,

v.

YING WU, et al.,

Defendants.

Case No. 26-cv-06097-MMC

**ORDER TO SHOW CAUSE**

On February 19, 2026, plaintiff filed the above-titled action in state court, naming as defendants Ying Wu and Wenhong Wu. (See Doc. No. 1-1 Ex. A-1 ¶¶ 2-3.) On June 18, 2026, defendant Ying Wu removed the action to federal court, noting "co-defendant Wenhong Wu (no relation to Ying Wu) ha[d] not been served with the summons and Complaint and ha[d] not appeared in the State Court Action." (See Doc. No. 1 ¶ 15.)[1] To date, plaintiff has submitted no evidence that either of those circumstances has changed.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than November 13, 2026, why its claims against Wenhong Wu should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 21, 2026

MAXINE M. CHESNEY
United States District Judge

[1] By order filed October 21, 2026, the Court dismissed plaintiff's claims against defendant Ying Wu, finding it lacked personal jurisdiction over said defendant. (See Doc. No. 24.)

United States District Court
Northern District of California